1  ERIC GRANT
   United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7                    IN THE UNITED STATES DISTRICT COURT
8                       EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,        | CASE NO. 2:19-CR-00231-06 WBS
11 |                      Plaintiff,   | ORDER SEALING DOCUMENTS AS SET FORTH
                                       | IN GOVERNMENT'S NOTICE
12 |          v.                       |
13 | JUAN RAMON LOPEZ,                 |
14 |                     Defendant.    |

15

16      Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

17 Request to Seal, IT IS HEREBY ORDERED that the three-page document pertaining to defendant Juan

18 Lopez, and the government's Request to Seal shall be SEALED until further order of this Court.

19      It is further ordered that access to the sealed documents shall be limited to the government and

20 counsel for the defendant.

21      The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

22 *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in

23 the government's request, sealing the three-page document serves a compelling interest. The Court

24 further finds that, in the absence of closure, the compelling interests identified by the government would

25 be harmed. In light of the public filing of its request to seal, the Court further finds that there are no

26 / / /

27 / / /

28 / / /

ORDER SEALING DOCUMENTS AS SET FORTH IN           1
GOVERNMENT'S NOTICE

1 additional alternatives to sealing the three-page document that would adequately protect the compelling
2 interests identified by the government.

3
4 Dated: August 19, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE