Philip Cozens, State Bar Number 84051
Attorney at Law
701 University Avenue, Suite 104
Sacramento, CA   95825

Telephone: (916) 443-1504
Email: pcozens@aol.com

Attorney for Defendant Juan R. Lopez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00231-06 WBS |
| Plaintiff, | STIPULATION FOR CONTINUANCE OF SENTENCING HEARING AND ORDER |
| v. | |
| JUAN LOPEZ, | |
| Defendants. | |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney David Spencer, Esq. and Defendant Juan Lopez through his attorney Philip Cozens, Esq., that:

The Sentencing Hearing, currently scheduled for August 25, 2025, at 10:00 a.m. in Judge Shubb's Court, be re-scheduled for September 22, 2025 at 10:00 a.m. in Judge Shubb's Court.  The stipulated continuance is necessary because Defendant Juan Lopez's attorney is scheduled to be in trial in Sacramento Superior Court from August 25, 2025, through September 17, 2025.  Defendant's attorney requires a continuance for the proper preparation of Defendant's documents for sentencing.

1     It is so stipulated.

2 Dated: August 18, 2025      /s/ David Spencer, Esq.
3      David Spencer, Esq.
4      Assistant United States Attorney
5      Eastern District of California

8      /s/ Philip Cozens
9      Philip Cozens
10      Attorney at Law
11      Attorney for Defendant Juan R. Lopez

## ORDER

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Sentencing Hearing currently scheduled for August 25, 2025 at 10:00 a.m. in Judge Shubb's Court be re-scheduled for **September 22, 2025 at 10:00 a.m.** in Judge Shubb's Court.

Dated: August 20, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE