Philip Cozens, State Bar Number 84051
Attorney at Law
701 University Avenue, Suite 104
Sacramento, CA   95825

Telephone: (916) 443-1504
Email: pcozens@aol.com

Attorney for Defendant Juan R. Lopez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-cr-00231-06 WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR CONTINUANCE |
| | ) | OF SENTENCING HEARING AND |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JUAN LOPEZ, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney David Spencer, Esq. and Defendant Juan Lopez through his attorney Philip Cozens, Esq., that:

The Sentencing Hearing, currently scheduled for September 22, 2025, at 10:00 a.m. in Judge Shubb's Court, be re-scheduled for **November 17, 2025 at 10:00 a.m.** in Judge Shubb's Court.   Defendant's attorney requires a continuance for the proper preparation of Defendant's documents for sentencing.

STIPULATION RE SENTENCING HEARING AND ORDER                                                            Page 1

| | |
|---|---|
| 1 | It is so stipulated. |
| 2 | Dated: September 19, 2025         /s/ David Spencer, Esq._____ |
| 3 |                                                          David Spencer, Esq. |
| 4 |                                                          Assistant United States Attorney |
| 5 |                                                          Eastern District of California |

                                                          /s/ Philip Cozens_____
                                                          Philip Cozens
                                                          Attorney at Law
                                                          Attorney for Defendant Juan R. Lopez

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Sentencing Hearing currently scheduled for September 22, 2025 at 10:00 a.m. in Judge Shubb's Court be re-scheduled for November 17, 2025 at 10:00 a.m. in Judge Shubb's Court.

Dated: September 22, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE